Anita P. Mackey
600 South 9th Ave., Apt 1
Maywood, Illinois 60153
Telephone: 708.681.1788
Email: anita.mackey@sbcglobal.net

PLAINTIFF *Pro se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates to:<br>*Anita P. Mackey v. Pfizer Inc., et al.*<br>(Case No. 06-7628 CRB) | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF WITH PREJUDICE** |

Come now Plaintiff Anita P. Mackey, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: 1/_/___, 2009        By: *[signature]* Anita P. Mackey

Anita P. Mackey
600 South 9th Ave., Apt 1
Maywood, Illinois 60153
Telephone: 708.681.1788
Email: anita.mackey@sbcglobal.net

PLAINTIFF *Pro se*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699

DATED: Nov. 9, 2009         By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

ATTORNEYS FOR DEFENDANTS

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: Nov 13, 2009

Hon. Charles R. Breyer
United States District Court

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699