```
1   Frank Woodson
    Navan Ward
2   BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
3   218 Commerce Street
    P.O. Box 4160
4   Montgomery, Alabama 36103
    Telephone: 334-269-2343
5   Facsimile: 334-954-7555
    Attorneys for Plaintiffs
6

7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-7628 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Edwin H. Lassetter, et al.,<br><br>                Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Edwin H. Lassetter, Lee Shafer, Richard Linville, Alton Obert, Charles Whitfield, Donna O'Brien, Richard E. Rogers, and Sarah Sankey in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

...

DATED: 11-18, 2009        By: /s/ Navan Ward Jr.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Nov. 18, 2009       By: /s/ [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 2 3 2009

/s/ Charles R. Breyer
Hon. Charles R. Breyer
United States District Court

-2-